√ RETAIN

_____

Wendelin I. Lipp , U.S. BANKRUPTCY JUDGE          Evidentiary Hrg: Y / N

PROCEEDING MEMO - ADVERSARY PROCEEDINGS

Date: 12/11/2009 Time: 10:00

09-00567 Gomez-Kling v. Plank

Related: 09-17924 Thomas Aaron Plank

*Pretrial Conference*

PRO SE Clare Marie Gomez-Kling (Plaintiff)

PRO SE Thomas Aaron Plank (Defendant)

PRO SE Thomas Aaron Plank (Counter-Claimant)

PRO SE Clare Marie Gomez-Kling (Counter-Defendant)

[6]   Answer to Complaint Objecting to Debtor's Discharge, Demand for Trial by Jury and Counterclaim for Fees and Costs, Counterclaim by Thomas Aaron Plank against Clare Marie Gomez-Kling Filed by Thomas Aaron Plank.
Movant: Thomas Plank (no aty)

[1] Adversary case 09-00567. (68 (Dischargeability - 523(a)(6), willful and malicious injury)) Complaint by Clare Marie Gomez-Kling against Thomas Aaron Plank .
Movant: Clare Gomez-Kling (no aty)

[7]   Motion to Dismiss Adversary Proceeding Filed by Thomas Aaron Plank .
Movant: Thomas Plank (no aty)

*[handwritten: settled for $2,500 - payment by Jan 31, 2010]*

SCHEDULE:

1. Discovery cutoff:_____     6. Pretrial memos/exhibits:_____
2. Dispositive motions:_____     7. Trial times est:_____days____hrs
3. Status report due:_____      8. Trial date:_____ time:_____
4. Motions hrg. date:_____      9. Expert witness & Rpts:_____
5. Final pretrial hrg:_____     10. Reissue Summons:_____

DISPOSITION:

Granted___ Denied √ Withdrawn___ Default___ Consent___ Under Adv.___
Adjourned / Continued to:_____ at _____ m.  Notice: YES / NO

FINAL DISPOSITION:

_____Judgment for Plaintiff(s)_____
_____Judgment for Defendant(s)_____
_____Consent                      _____Withdrawn/ Dismissed/ Deny
Amount: $ _____        for want of Prosecution
                                   _____Day Settlement Order
_____Decision Reserved            _____Moot
_____Default / No Response        _____Soldiers' & Sailors' Affidavit Due
_____Show Cause Order             _____Other:_____
√ Adjourned / Continued to: 2/22/10 at 10 A .m.  Notice: YES / NO