UNITED STATES BANKTRUPCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE: Thomas Aaron Plank  :  CASE NO: 09-17924
                          :  Chapter 7
           Debtor,         :
                           :
Clare Marie Gomez-Kling    :
Natural Parent and Guardian of :
Timothy Aaron Plank, Minor :
           Plaintiff,      :
                           :
      v.                   :  ADV.PROC.NO.
                           :
Thomas Aaron Plank         :  09-567
                           :
           Defendant,      :
                           :

## NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL WITH PREJUDICE

**COMES NOW,** Plaintiff, Clare Marie Gomez-Kling, *pro se*, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby files this *Notice of Settlement and Stipulation for Dismissal with Prejudice.* Pursuant to Plaintiff's settlement with Thomas Aaron Plank ("Defendant"), Plaintiff states as follows:

1. A settlement has been reached between Plaintiff and Defendant in the above-styled case.

2. Plaintiff's claims are being dismissed with prejudice.

3. The parties shall bear their own attorney's fees and costs.

Submitted this 14th day of January, 2010.

Agreed to by all parties signing below:

_Clare Gomez-Kling_
Clare Marie Gomez-Kling (Plaintiff)

_Thomas Aaron Plank_
Thomas Aaron Plank (Defendant)

## CERTIFICATE OF SERVICE

I, Clare Marie Gomez-Kling, Plaintiff, hereby certify that on January 14, 2010, I caused a true and correct copy of the foregoing Notice of Settlement and Stipulation for Dismissal with Prejudice to be hand delivered to Defendant, Thomas Aaron Plank.

_Clare Gomez-Kling_
Clare Marie Gomez-Kling
246 East Madison Street
Greencastle, PA 17225